

# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

May 22, 2014

Charles Anthony Riley
320 Lexington Ave.
San Antonio, TX 78215-1913
* DELIVERED VIA E-MAIL *

Gene DeVoll
6705 SW CR 2400
Wortham, TX 76693
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-14-00331-CV
        Trial Court Case Number:   2013-CI-05169
        Style:  Gene DeVoll
             v.
        Paulette DeVoll, Gene DeVoll and The 206 Camedia Partnership

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 3219

cc: Maria Fattahi (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2014

No. 04-14-00331-CV

Gene **DEVOLL**,
Appellant

v.

Paulette **DEVOLL**, Gene DeVoll and The 206 Camedia Partnership,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05169
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

The court reporter's notification of late record is NOTED. The reporter's record is due on June 6, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

*MINUTES*

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

May 22, 2014

No. 04-14-00331-CV

Gene **DEVOLL**,
Appellant

v.

Paulette **DEVOLL**, Gene DeVoll and The 206 Camedia Partnership,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05169
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The court reporter's notification of late record is NOTED. The reporter's record is due on June 6, 2014.

/s/ Sandee Bryan Marion
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2014.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 22ND DAY OF MAY, 2014.

VOL.____PAGE___